UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$230,520.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 8:20-CV-02415 DOC (DFMx)<br><br>CONSENT JUDGMENT<br>OF FORFEITURE  [35] |
| ROSEMARY PHAM,<br><br>Claimant. | |

    Plaintiff and claimant Rosemary Pham have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

    1.    The government has given and published notice of this action as required by

1 law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and
2 Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this
3 Court.  Rosemary Pham has filed a claim and answer.  No other claims or answers have
4 been filed, and the time for filing such claims and answers has expired.  This Court has
5 jurisdiction over the parties to this judgment and the defendants.  Any potential
6 claimants to the defendant funds other than Rosemary Pham are deemed to have
7 admitted the allegations of the complaint with respect to the defendant funds.

      2.      The defendant funds shall be forfeited to the United States of America, and no other right, title, or interest shall exist therein.

      3.      Rosemary Pham has agreed to release the United States of America, its agencies, agents, and officers, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Rosemary Pham against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Rosemary Pham has also waived any rights she may have to seek remission or mitigation of the forfeiture.  Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Rosemary Pham of any liability or wrongdoing.

//
//

4. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

January 18, 2024
DATED

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE